J Toney, State Bar # 43143

Box 1515, Woodland CA 95776

(530) 666-1908

Attorney for Jasmine Cook-Venegas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Cr. No. 09-224 WBS |
| vs. | STIPULATION AND (~~PROPOSED~~) ORDER |
| JASMINE COOK-VENEGAS | ADVANCING SENTENCE |
| Defendant. | June 6, 2011 at 8:30 AM before Judge Shubb |
| _____ / | |

The parties have no objections to the pre-sentence report, Because the Attorney for Ms. Cook-Venegas will be in trial on June 13, 2011, the parties stipulate the sentencing date advance to June 6, 2011 at 8:30 AM and request the Court so order.

Dated June 1, 2011

   /s/ TODD LERAS                                           /S/ J TONEY

    Todd Leras                                                     J Toney

Assistant US Attorney                             Attorney for Ms. Cook-Venegas

1 | SO ORDERED

2 | Dated June 1, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE